UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCHOA, | No. C-14-02385 DMR |
| Plaintiff(s), | **ORDER TAKING MOTION TO DISMISS [DOCKET NO. 10] UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |
| v. | |
| URBAN, et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Defendants' motion to dismiss [Docket No. 10] and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the August 14, 2014 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: August 11, 2014

IT IS SO ORDERED
Judge Donna M. Ryu

DONNA M. RYU
United States Magistrate Judge