UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARIO OCHOA,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF HAYWARD, et al.,<br><br>        Defendants.<br>_____/ | No. C 14-2385 DMR<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     November 17, 2014<br>Mediator:  Gregory Walker |

    IT IS HEREBY ORDERED that the request to excuse defendant Officer Ryan Marion from appearing in person at the November 17, 2014, mediation before Gregory Walker is GRANTED. Officer Marion shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

        IT IS SO ORDERED.

October 29, 2014       By: _____
Dated                                      Maria-Elena James
                                            United States Magistrate Judge